# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRETCHEN FENTON,        ) | |
|     Plaintiff(s)        ) | |
|                          ) | |
|       v.         ) | CIVIL ACTION NO. 3:10-cv-30007-MAP |
|                         ) | |
| UNIVERSITY OF MASSACHUSETTS,    ) | |
|     Defendant(s)        ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant University of Massachusetts, against the plaintiff Gretchen Fenton, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                                     **SARAH A. THORNTON**,
                                                     CLERK OF COURT

Dated: October 13, 2010            By /s/ *Maurice G. Lindsay*
                                                         Maurice G. Lindsay
                                                         Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                                      [jgm.]